UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| REBECCA SHAPIRO,<br><br>          Plaintiff,<br><br>vs.<br><br>PROFESSIONAL COLLECTION CONSULTANTS; DONALD HOPP, an individual,<br><br>          Defendants. | Case No. 2:11-CV-03347 ODW (JCx)<br><br>ORDER ON STIPULATION [20] |

The parties' Stipulation having been presented to the Court, and for good cause appearing, it is hereby ordered that Defendant's Hopp's Motion for Attorney's Fees, previously set for hearing on February 14, 2012, is hereby taken off calendar.

Dated: January 9, 2012

_____
Hon. Otis D. Wright II
United States District Court Judge

-1-
ORDER ON STIPULATION